UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MICHAEL GILES,

                            Plaintiff,

                    -against-

CITY of MT. VERNON, et al.,

                            Defendants.

**ORDER**

21-CV-05119 (PMH)

PHILIP M. HALPERN, United States District Judge:

Counsel for both parties appeared today in Courtroom 520 for a pre-motion conference. As stated on the record, Plaintiff agreed to discontinue his 5th, 6th, 8th, and 9th claims for relief and the Court dismissed those claims with prejudice. Plaintiff, similarly, agreed to the dismissal of Michael Huffman, David Sanchez, Stefan Goggin, James Greer, and John/Jane Does 1-10 as defendants and the Court dismissed them with prejudice.

The Court granted Defendants leave to move for summary judgment and directed that Defendants file one, joint set of motion papers—with separate notices of motion—including a memorandum of law not to exceed 25 pages in length. Plaintiff's opposition also shall not exceed 25 pages. The Court set the following briefing schedule: Defendants shall serve, not file, their motions by January 5, 2023; Plaintiff shall serve, not file, his opposition by February 28, 2023; Defendants shall serve and file their reply by March 28, 2023; and all motion papers shall be filed on the reply date, March 28, 2023.

The Court directed that, by December 16, 2023, counsel for both parties meet and confer concerning possible resolution, with proper authority from their clients, and file a letter no longer than two pages in length advising the Court of the date(s), length, and result of the meeting(s). In order to facilitate settlement discussions, Plaintiff is encouraged to make a concrete, reasonable

settlement demand. An Order of Reference to Magistrate Judge Davison for settlement purposes will be docketed separately.

The Clerk of Court is respectfully directed to terminate Michael Huffman, David Sanchez, Stefan Goggin, James Greer, and John/Jane Does 1-10 as defendants in this case.

**SO ORDERED:**

Dated:   White Plains, New York
         November 17, 2022

_____
PHILIP M. HALPERN
United States District Judge

2