UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
MICHAEL GILES,

                    Plaintiff,

v.

                    **ORDER**

CITY OF MOUNT VERNON, et al.,

                    Defendants.                  No. 20-CV-05119 (PMH)
-----------------------------------------------------------X

PHILIP M. HALPERN, United States District Judge:

    The Court will not accept the Rule 56.1 Statements that were filed in connection with the parties' motion papers (Doc. 87, Doc. 90) for failure to comply with the Court's Individual Practices.

    By October 26, 2023, the parties shall meet and confer and file a single revised joint Rule 56.1 Statement, which includes all parties' statements of fact, any counterstatements of fact, and responses to each statement set forth therein. The revised Rule 56.1 Statement shall be limited to 25 pages and otherwise in compliance with the Court's rules and rules applicable to summary judgment motion practice. *See, e.g., Emanuel v. Gap, Inc., et al.*, 2022 WL 3084317 (S.D.N.Y. Aug. 3, 2022).

SO ORDERED:

Dated:   White Plains, New York
           October 12, 2023

                                               PHILIP M. HALPERN
                                               United States District Judge