**KLEIN CIVIL RIGHTS**

305 Broadway, Suite 600
New York, New York 10007
T: (212) 335-0132 F: (212) 335-0571

March 19, 2024

**BY ECF**

The Honorable Philip M. Halpern
United States District Judge
300 Quarropas Street
White Plains, New York 10601

    Re: *Michael Giles v. City of Mount Vernon, et al.*, 20 CV 05119 (PMH)

Dear Judge Halpern:

  I represent the plaintiff in the above referenced civil rights action. I write jointly with all counsel to request an adjournment of the pretrial conference scheduled for April 4, 2024 and for leave to file reply briefs with respect to the pending motions *in limine*.

  The parties make this request in light of recent developments with respect to the possibility of settlement. To date, the parties have had *ex parte* meetings with Magistrate Judge Reznik, have exchanged initial demands and offers, and are hopeful that a resolution can be reached with the assistance of Magistrate Judge Reznik at the upcoming settlement conference scheduled for April 24, 2024.

  Given the potential for settlement, the parties are respectfully requesting that if the Court grants leave to file reply briefs, that the deadline for same be set after the conclusion of settlement efforts should they prove unsuccessful, and that the pretrial conference be adjourned to a date after the deadline for the parties' replies and/or after the conclusion of settlement efforts.

  While substantial pretrial preparations have already been completed, this approach would allow the parties to focus efforts and resources on settlement before submitting reply papers and attending the pretrial conference, both of which would be rendered unnecessary in the event of a settlement.

  Thank you for your consideration.

Respectfully,

Lissa Green-Stark

---

Application denied.

The Clerk of Court is respectfully directed to terminate the motion sequence pending at Doc. 118.

SO ORDERED.

_____
Philip M. Halpern
United States District Judge

Dated: White Plains, New York
   March 20, 2024