UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MICHAEL GILES,

                Plaintiff,

-against-

CITY of MT. VERNON, et al.,

                Defendants.

**ORDER**

21-CV-05119 (PMH)

PHILIP M. HALPERN, United States District Judge:

      The parties are hereby notified that this matter will proceed to trial on April 30, 2024. All parties and counsel shall appear on that date at 9:00 a.m. in Courtroom 520 of the White Plains courthouse located at 300 Quarropas Street, White Plains, New York 10601. The parties are directed to immediately notify the Court if they have reached a settlement or if they consent to conducting all further proceedings before a Magistrate Judge, pursuant to 28 U.S.C. § 636(c).

      The pre-trial conference will proceed as scheduled on April 4, 2024 at 12:00 p.m. in Courtroom 520 of the White Plains courthouse.

SO ORDERED:

Dated: White Plains, New York
           March 27, 2024

_____
PHILIP M. HALPERN
United States District Judge