UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MICHAEL GILES,

                Plaintiff,

-against-

CITY of MT. VERNON, et al.,

                Defendants.

**ORDER**

20-CV-05119 (PMH)

PHILIP M. HALPERN, United States District Judge:

    Counsel for all parties appeared for an in-person pretrial conference on April 4, 2024. As discussed on the record, the Court granted the parties' request to adjourn trial in this action from April 30, 2024 to **August 19, 2024**. Additionally, this action is scheduled as the primary back up case that may proceed to trial in place of the primary case scheduled for **June 10, 2024,** if that primary case does not go forward. The parties are on five days' notice of trial as of **May 1, 2024**.

    At the conference, the parties' motions *in limine* (Doc. 103; Doc. 104; Doc. 109) were resolved for the reasons set forth in the record.

    As explained more fully on the record during the appearance, the Court directs as follows:

1. The parties shall meet and confer regarding the Court's directives and instructions regarding changes to the proposed Joint Pretrial Order and file, by **May 1, 2024**, a revised proposed Joint Pretrial Order.

2. The parties shall meet and confer regarding the Court's directives and instructions regarding changes to the proposed *Voir Dire* and file, by **May 1, 2024**, a revised proposed *Voir Dire*.

3. The parties are directed to meet and confer and file, by **May 1, 2024**, a single, separate document representing the parties' joint summary of the case.

4. The parties shall meet and confer regarding objections in the proposed Jury Instructions and file, by **May 1, 2024**, revised proposed Jury Instructions.

5. The parties shall meet and confer regarding changes to the proposed Verdict Sheet and file, by **May 1, 2024**, a revised proposed Verdict Sheet.

6. All of the revised pretrial materials must be filed via ECF and simultaneously e-mailed, in Word format, to Chambers e-mail at HalpernNYSDChambers@nysd.uscourts.gov.

7. The parties may, by **May 1, 2024**, file a letter (up to five double-spaced pages) regarding their position as to the damages issue discussed at the conference.

8. A final pretrial conference has been scheduled for **May 21, 2024 at 3:00 p.m. in Courtroom 520** of the White Plains courthouse.

See Transcript.

The Clerk of the Court is respectfully directed to terminate the motion sequences pending at Doc. 103, Doc. 104, and Doc. 109.

SO ORDERED:

Dated: White Plains, New York
April 4, 2024

_____
PHILIP M. HALPERN
United States District Judge