UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------------X

MICHAEL GILES,

                    Plaintiff,

   -against-

CITY OF MOUNT VERNON, et al.,

                    Defendants.

---------------------------------------------------------------------------X

**ORDER TO PRODUCE FOR TELEPHONIC COURT APPEARANCE**

20 CV 5119 (PMH)

**IT IS HEREBY ORDERED THAT:** the Warden of USP Allenwood, or any other person to whom this may concern at the Federal Bureau of Prisons, make inmate MICHAEL GILES (Register Number: 59191-509) available via telephone on April 24, 2024, beginning at 10:30 a.m., until the completion of the proceedings, as his appearance is required by the Court on said date for a mediation to be held at the United States Courthouse located at 300 Quarropas Street, White Plains, New York 10601 before the undersigned. Prison officials shall call Mr. Giles' attorney, Brett Klein, at (917) 757-6655, or email a dial in number to Mr. Klein at bklein@kleincivilrights.com.

Dated: White Plains, New York
       April 19, 2024

SO ORDERED:

_____
THE HONORABLE VICTORIA REZNIK
United States Magistrate Judge