

305 Broadway, Suite 600
New York, New York 10007
T: (212) 335-0132 F: (212) 335-0571

Application granted.

SO ORDERED.

_____
Philip M. Halpern
United States District Judge

Dated: White Plains, New York
       June 5, 2024

**BY ECF**

The Honorable Philip M. Halpern
United States District Judge
300 Quarropas Street
White Plains, New York 10601

      Re:  *Michael Giles v. City of Mount Vernon, et al.*, 20 CV 5119 (PMH)

Dear Judge Halpern:

    I represent the plaintiff in the above referenced civil rights action.  I write on consent to request that the Court enlarge the deadline to restore the action as set forth in the Court's Order of May 7, 2024 (ECF Doc. 131), from June 6, 2024 to July 8, 2024.

    As the Court may recall, the parties recently reached an agreement in principle to resolve all claims.  The reason for this request is that we require additional time to obtain the signed settlement documents from our client, who is currently in federal custody in Virginia.  We therefore request that the deadlines in the Court's May 7 Order be enlarged pending the parties' consummation of the settlement.

    Thank you for your consideration.

                                               Respectfully,

                                               *Brett Klein*

                                               Brett H. Klein

cc:    All Counsel (by ECF)